**[J-49A-2015, J-49B-2015 and J-49C-2015]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| MICHAEL EGAN, JR. AND JILL EGAN, H/W AND MARK BUZBY | : | No. 2 EAP 2015 |
| | : | |
| | : | Appeal from the Judgment of Superior Court entered on April 2, 2014 at No. 2109 EDA 2012 (reargument denied June 11, 2014) affirming the Judgment entered on July 30, 2012 in the Court of Common Pleas, Philadelphia County, Civil Division at No. 3444, July Term, 2006 and No. 1760, January Term, 2008. |
| v. | : | |
| | : | |
| | : | |
| | : | |
| USI MID-ATLANTIC, INC. AND USI HOLDINGS CORPORATION AND BRISTOL TOWNSHIP AND ZURICH AMERICAN INS. COMPANY | : | |
| | : | |
| | : | |
| | : | |
| -------------------------------------------- | : | |
| MICHAEL EGAN, JR. AND JILL EGAN, H/W AND MARK BUZBY | : | ARGUED:  September 9, 2015 |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| USI MID-ATLANTIC, INC. AND ROBERT BROWN AND FREDA BATIPPS AND LINDA MAGOVERN AND DOUGLAS SCHROER AND LISA MCKERNAN AND USI HOLDINGS CORPORATION AND SUZANNE NEWSOME | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| BRISTOL TOWNSHIP | : | |
| | : | |
| | : | |
| APPEAL OF: USI MID-ATLANTIC, INC., USI HOLDINGS CORPORATION, ROBERT BROWN, FREDA BATTIPS, AND LINDA MAGOVERN | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| MICHAEL EGAN, JR. AND JILL EGAN, H/W AND MARK BUZBY | : | No. 3 EAP 2015 |
| | : | |

|  |  |  |
|---|---|---|
| v. | : | Appeal from the Judgment of Superior Court entered on April 2, 2014 at No. 1013 EDA 2012 (reargument denied June 11, 2014) affirming the Judgment entered on July 30, 2012 in the Court of Common Pleas, Philadelphia County, Civil Division at No. 3444, July Term, 2006 and No. 1760, January Term, 2008. |
| USI MID-ATLANTIC, INC. AND USI HOLDINGS CORPORATION AND BRISTOL TOWNSHIP AND ZURICH AMERICAN INS. COMPANY | : | |

-----------------------------------------------------

|  |  |  |
|---|---|---|
| MICHAEL EGAN, JR. AND JILL EGAN, H/W AND MARK BUZBY | : | ARGUED: September 9, 2015 |
| v. | : | |
| USI MID-ATLANTIC, INC. AND ROBERT BROWN AND FREDA BATIPPS AND LINDA MAGOVERN AND DOUGLAS SCHROER AND LISA MCKERNAN AND USI HOLDINGS CORPORATION AND SUZANNE NEWSOME | : | |
| v. | : | |
| BRISTOL TOWNSHIP | : | |
| APPEAL OF: USI MID-ATLANTIC, INC., USI HOLDINGS CORPORATION, ROBERT BROWN AND FREDA BATIPPS AND LINDA MAGOVERN | : | |
| MICHAEL EGAN, JR. AND JILL EGAN, H/W AND MARK BUZBY | : | No. 4 EAP 2015 |
| v. | : | Appeal from the Judgment of Superior Court entered on April 2, 2014 at No. 2334 EDA 2012 (reargument denied June 11, 2014) affirming the Judgment entered on July 30, 2012 in the Court of |
| USI MID-ATLANTIC, INC. AND USI HOLDINGS CORPORATION AND | : | Common Pleas, Philadelphia County, Civil Division at No. 3444, July Term, |

| | |
|---|---|
| BRISTOL TOWNSHIP AND ZURICH AMERICAN INS. COMPANY | : 2006 and No. 1760, January Term, : 2008. |
| -------------------------------------------------------- | : |
| MICHAEL EGAN, JR. AND JILL EGAN, H/W AND MARK BUZBY | : ARGUED: September 9, 2015 : |
| | : |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| USI MID-ATLANTIC, INC. AND ROBERT BROWN AND FREDA BATIPPS AND LINDA MAGOVERN AND DOUGLAS SCHROER AND LISA MCKERNAN AND USI HOLDINGS CORPORATION AND SUZANNE NEWSOME | : : : : : : : |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| BRISTOL TOWNSHIP | : |
| | : |
| | : |
| APPEAL OF: USI MID-ATLANTIC, INC., USI HOLDINGS CORPORATION, ROBERT BROWN AND FREDA BATIPPS AND LINDA MAGOVERN | : : : : |
| | : |

# ORDER

**PER CURIAM**

   **AND NOW,** this 16th day of November 2015, the Uncontested Application for Discontinuance is **GRANTED**.